MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
PlusFour, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. HANNON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST CREDIT & COLLECTIONS; PLUSFOUR, INC; CACH, LLC; JH PORTFOLIO DEBT EQUITIES LLC; AARGON AGENCY INC; COMMONWEALTH FINANCIAL SYSTEMS, INC; BANK OF AMERICA, NATIONAL ASSOCIATION; CIT BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:16-cv-01814-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Michael Hannon ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

The parties have agreed to an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on July 29, 2016) to October 4, 2016.

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

a. This is the Parties' second stipulation for an enlargement of time to respond to the Complaint;

b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before October 4, 2016; and

c. The parties agreed to this extension as they have engaged in discussions concerning a potential resolution of this matter, and would like to allow themselves sufficient time to meaningfully examine and discuss that possibility. This stipulation is not made for purposes of delay.

Date: 9/12/2016

KNEPPER & CLARK LLC

By: /s/Matthew I. Knepper
Matthew I. Knepper, Bar No. 12796
Miles N. Clark, Bar No. 13848
10040 W. Cheyenne Ave.
Ste. 170-109
Las Vegas, Nevada  89129

Attorneys for Plaintiff
Michael Hannon

Date: 9/12/2016

MORRIS LAW GROUP

By: /s/Raleigh C. Thompson
Ryan M. Lower, Bar No. 9108
Raleigh C. Thompson, Bar No. 11296
900 Bank Of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

Attorneys for Defendant
PlusFour, Inc.

PlusFour, Inc. was dismised on September 17, 2016  (ECF No. 25)   This stipulation is **DENIED** as moot.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  September 22, 2016