Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. HANNON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST CREDIT & COLLECTIONS; PLUSFOUR, INC; CACH, LLC; JH PORTFOLIO DEBT EQUITIES LLC; AARGON AGENCY INC; COMMONWEALTH FINANCIAL SYSTEMS, INC; BANK OF AMERICA, NATIONAL ASSOCIATION; CIT BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN information solutions, inc; TRANS UNION, LLC,<br><br>Defendants | Case No. 2:16-cv-01814<br><br>**JOINT MOTION TO DISMISS DEFENDANT CACH, LLC**<br><br><br>**ORDER** |

Plaintiff Michael Hannon and Defendant CACH, LLC by and through their counsel of record, hereby move for dismissal of Defendant CACH, LLC from this action with prejudice. Each party to bear their own costs.

Dated this 25th day of October, 2016

| | |
|---|---|
| /s/ Matthew Knepper, Esq.<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>/s/ David Krieger<br>David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* | /s/ J. Christopher Jorgensen, Esq.<br>J. Christopher Jorgensen<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br>702-385-3373<br>Fax: 702-949-8398<br>Email: cjorgensen@lrrc.com<br>Attorneys for Defendant<br>*CACH, LLC* |

## **ORDER**

IT IS HEREBY ORDERED that for good cause appearing, the Motion to Dismiss Defendant Cach, LLC, with prejudice, is hereby GRANTED.

Dated: October 25, 2016.

_____
UNITED STATES DISTRICT JUDGE