JACOB D. BUNDICK (Bar No. 9772)
bundickj@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendant CIT Bank, N.A.,
a national banking association, f/k/a
OneWest Bank N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. HANNON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK, NATIONAL ASSOCIATION; ONEWEST BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION; FRANKLIN CAPITAL FINANCE SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　Defendants. | Case No. 2:16-cv-01814-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CIT BANK, N.A., A NATIONAL BANKING ASSOCIATION, F/K/A ONE WEST BANK N.A.** |

　　　Plaintiff Michael J. Hannon and CIT Bank, N.A., a national banking association, f/k/a OneWest Bank N.A. ("CITB"), hereby stipulate and agree that the above-entitled action is dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and ONLY as to, CITB. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

**IT IS SO ORDERED.**

Dated: December 22, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -

LA 132882140v1

Dated: December 21, 2016

| | |
|---|---|
| Knepper & Clark, LLC | GREENBERG TRAURIG, LLP |
| By:/s/ *Matthew Knepper*<br>Matthew Knepper (Bar No. 12796)<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave.<br>Suite 170-109<br>Las Vegas, Nevada 89129<br>Telephone: (702) 825-6060<br>Facsimile: (702) 447-8048 | By: */s/ Jacob D. Bundick*<br>Jacob Bundick, Esq. (Bar No. 9772)<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| *Counsel for Plaintiff*<br>*Michael J. Hannon* | *Counsel for Defendant CIT Bank, N.A., a national banking association, f/k/a OneWest Bank N.A.* |

**ORDER**

**IT IS SO ORDERED** this _____ day of December, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
GREENBERG TRAURIG, LLP

By: /s/*Jacob D. Bundick*
    Jacob D. Bundick (Bar No. 9772)
    bundickj@gtlaw.com
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, Nevada 89169
    Telephone: (702) 792-3773
    Facsimile: (702) 792-9002

*Counsel for Defendant CIT Bank, N.A.,*
*a national banking association, f/k/a*
*OneWest Bank N.A.*

- 2 -
LA 132882140v1