UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL J. HANNON,<br><br>                    Plaintiff,<br><br>     v.<br><br>NORTHEAST CREDIT & COLLECTIONS, et al.,<br><br>                    Defendants. | Case No. 2:16-cv-1814-APG-VCF<br><br>**ORDER DISMISSING DEFENDANTS** |

On December 8, 2016, Plaintiff was advised by the court (ECF No. 37) that this action would be dismissed without prejudice as to defendants Northeast Credit & Collections and JH Portfolio Debt Equities, LLC unless on or before January 6, 2017, Plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is, DISMISSED without prejudice only as to defendants Northeast Credit & Collections and JH Portfolio Debt Equities, LLC.

Dated: January 11, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE