Jason G. Revzin
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
**Counsel for Trans Union LLC**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. HANNON,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHEAST CREDIT & COLLECTIONS,<br>PLUSFOUR, INC.,<br>CACH, LLC,<br>JH PORTFOLIO DEBT EQUITIES, LLC,<br>AARGON AGENCY, INC.,<br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br>BANK OF AMERICA, N. A.,<br>CIT BANK, N. A.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>TRANS UNION, LLC,<br><br>        Defendants. | Case No. 2:16-cv-01814-APG-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

      Plaintiff Michael J. Hannon and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

      There are no longer any issues in this matter between Plaintiff Michael J. Hannon and Trans Union LLC to be determined by this Court.  Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit

/ / /

/ / /

/ / /

are hereby dismissed with prejudice, with court costs and attorney's fees to be paid by the party incurring same.

Dated this 7th day of April, 2017.                    Dated this 7th day of April, 2017.


        /s/ Jason G. Revzin                         /s/ Matthew I. Knepper

**Jason G. Revzin**                                          **David H. Krieger**
Nevada Bar No. 8629                                  HAINES & KRIEGER, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP      8985 S. Eastern Avenue, Suite 130
6385 S. Rainbow Blvd., Suite 600                Henderson, NV 89123
Las Vegas, NV 891118                                (702) 880-5554
(702) 893-3383                                           (702) 383-5518 Fax
(702) 893-3789                                           Email: dkrieger@hainesandkrieger.com
Email: jason.revzin@lewisbrisbois.com         and
**Counsel for Trans Union LLC**                   **Matthew I Knepper**
                                                                   KNEPPER & CLARK, LLC
                                                                   10040 W. Cheyenne Ave. Suite 170-109
                                                                   Las Vegas, NV 89129
                                                                   (702) 825-6060
                                                                   (702) 447-8048 Fax
                                                                   Email: matthew.knepper@knepperclark.com
                                                                      and
                                                                   **Sean N. Payne**
                                                                   PAYNE LAW FIRM LLC
                                                                   9550 S. Eastern Ave. Suite 253-A213
                                                                   Las Vegas, NV 89123
                                                                   (702) 952-2733
                                                                   (702) 462-7227
                                                                   Email: seanpayne@spaynelaw.com
                                                                   **Counsel for Plaintiff**


                                 **IT IS SO ORDERED.**

                                 _____
                                 UNITED STATE DISTRICT JUDGE

                                 Dated: April 7, 2017