# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. HANNON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST CREDIT & COLLECTIONS; PLUSFOUR, INC; CACH, LLC; JH PORTFOLIO DEBT EQUITIES LLC; AARGON AGENCY INC; COMMONWEALTH FINANCIAL SYSTEMS, INC; BANK OF AMERICA, NATIONAL ASSOCIATION; CIT BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:16-cv-01814-APG-VCF<br><br>**ORDER GRANTING MOTION TO SEAL EXHIBITS TO PLAINTIFF'S RESPONSE TO EXPERIAN'S MOTION FOR SUMMAR JUDGMENT**<br><br>(ECF Nos. 73, 74, 84) |

Plaintiff Michael Hannon filed his Response to Experian's Motion for Summary Judgment on June 5, 2017 (ECF No. 73) and an unredacted version under seal as ECF No. 74. Pursuant to the Court's order entered July 12, 2017 (ECF No. 83), Experian Information Solutions, Inc. ("Experian") filed a Motion to Seal Exhibits to Plaintiff's Response to Experian's Motion for Summary Judgment on July 26, 2017 (the "Motion to Seal"). ECF No. 84. On July 27, 2017, Plaintiff filed a Notice of Non-Opposition to Experian Information Solutions, Inc.'s Motion to Seal. ECF Nos. 85 and 87 (corrected image).

Good cause supports Experian's Motion to Seal and the factors set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006) have been established.

IT IS THEREFORE ORDERED that Experian's Motion to Seal **(ECF No. 84) is GRANTED.** The sealed Response to Experian's Motion for Summary Judgment (ECF No. 74) shall remain sealed pending further order of the Court. The non-sealed, redacted response (ECF

| | |
|---|---|
| 1 | No. 73) shall remain filed in its current form, with Exhibits 2, 9, 10, 11, 12, 13, 15, and 20 |
| 2 | remaining sealed and with Exhibit 2 (deposition transcript of Experian's 30(b)(6) designee) |
| 3 | remaining filed in its redacted form. |

Dated this 4th day of August 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE